872 A.2d 1125

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Woodrow BALLARD, Petitioner.**

Supreme Court of Pennsylvania.

April 13, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of April, 2005, the Petition for Allowance of Appeal is hereby granted, to consider the following issue:

Whether 75 Pa.C.S. 1547(h) or the Pennsylvania Constitution's due process clause grants Ballard the right to independently examine the blood samples he gave to the police?